IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. C09-3019 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| GAYLE LEMMON & GAYLE'S | ) | |
| BOOKKEEPING AND TAX SERVICE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED,

Judgment is entered in accordance with the attached Final Order Of Permanent Injunction.

Dated: This 9th day of November 2009.

Robert L Phelps
Clerk

_____
(By) Deputy Clerk

APPROVED BY:

_____
Judge Mark W Bennet